THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET ZEMAK,

Plaintiff,

v.

BANK OF AMERICA, NATIONAL
ASSOCIATION, a Delaware corporation,

Defendant.

NO. 2:16-cv-00581-JLR

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO
CONTINUE TRIAL DATE AND
AMEND CASE SCHEDULE

NOTE ON MOTION CALENDAR:
Friday, April 28, 2017

THIS MATTER having come before the Court upon the filing of Plaintiff's Motion to Continue Trial Date and Amend Case Schedule, and there being no opposition by the defendant, and the Court determining that there is good cause for the continuance of the trial date, now therefore, it is HEREBY ORDERED that Plaintiff's Motion to Continue Trial Date is GRANTED and trial is continued to May 29, 2018, and all other case deadlines that have not passed as of the date of Plaintiff's Motion (April 20, 2017) shall be revised to correspond to the new trial date.

///

///

///

[PROPOSED] ORDER GRANTING PLTF'S MTN TO
CONTINUE TRIAL DATE & AMEND CASE SCHED - 1 of 2
(NO. 2:16-cv-00581-JLR)
{2153.01 - 00052519}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON 98004
(425) 623-1300 - FACSIMILE (425) 623-1310

DATED this 21st day of April , 2017.

JAMES L. ROBART
United States District Judge

Presented by:

VREELAND LAW PLLC

*s/ Victoria L. Vreeland*
Victoria L. Vreeland, WSBA No. 08046
Benjamin P. Compton, WSBA No. 44567
500 108th Avenue NE, Suite 740
Bellevue, WA 98004
Tel: (425) 623-1300
Fax: (425) 623-1310
Email: vicky@vreeland-law.com
Email: ben@vreeland-law.com
*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLTF'S MTN TO
CONTINUE TRIAL DATE & AMEND CASE SCHED - 2 of 2
(NO. 2:16-cv-00581-JLR)
{2153.01 - 00052519}