The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET ZEMAK,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>    Defendant. | No. 2:16-cv-581-JLR  *and Order*<br><br>**STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF ONLY AND FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: December 8, 2017 |



Plaintiff Margaret Zemak and Defendant Bank of America, National Association, by and through their counsel, stipulate and jointly request the Court enter an order: (1) granting leave to Plaintiff to file her Second Amended Complaint, which Second Amended Complaint is on file with this Court, Dkt. No. 25-1; and (2) extending the discovery cutoff, but no other deadlines related to dispositive motions or trial, by one month to allow for additional discovery in light of Plaintiff's new claim added in her Second Amended Complaint.

The parties currently have mediation scheduled for December 22, 2017. In November, the parties issued supplemental written discovery and identified eight deponents required for further depositions, five of whom are third-party deponents. However, in light of the possibility

STIPULATED MOTION RE: SECOND AMENDED COMPLAINT AND DISCOVERY - 1
(2:16-cv-00581 JLR)
4816-2992-5976v.1 4900000-001826

of resolving all claims, and to save the parties' resources and avoid undue burden on third-parties, the Plaintiff and Defendant agreed (before Plaintiff filed her Motion for leave to file her Second Amended Complaint) to suspend discovery pending mediation.

After reviewing Plaintiff's Second Amended Complaint, Defendant has determined that it will need to reopen Plaintiff's deposition on the limited issue of her new rest and meal break violations claims, to which the Plaintiff has agreed. Based on Plaintiff's arguments in support of her Motion for leave to file her Second Amended Complaint, Defendant also believes that additional third-party depositions and written discovery may be necessary. Although the parties believe that they can complete all discovery contemplated before the Defendants learned of the Second Amended Complaint, the parties do not believe that the additional discovery required by the Second Amended Complaint can be completed by the current discovery cutoff. The parties therefore request a short extension of the discovery cutoff only, by approximately one month:

- Discovery cutoff – changed from January 29, 2018 (current) to February 28, 2018 (proposed).
- Deadline for filing any motions related to discovery – changed from January 2, 2018 (current) to February 1, 2018 (proposed).
- All other dates as set forth in this Court's Minute Order Setting Trial Dates and Related Dates, ECF No. 20.

The parties do *not* request that the dispositive motion deadline or any trial-related deadlines be changed.

STIPULATED MOTION RE: SECOND AMENDED COMPLAINT AND DISCOVERY - 2
(2:16-cv-00581 JLR)
4816-2992-5976v.1 4900000-001826

DATED this 8th day of December, 2017.

                     Davis Wright Tremaine LLP
                     Attorneys for Defendant

By /s/ Joseph P. Hoag
    Sheehan Sullivan Weiss, WSBA #33189
    Joseph P. Hoag, WSBA #41971
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    Email: sheehansullivanweiss@dwt.com
    Email: josephhoag@dwt.com

                     Vreeland Law PLLC
                     Attorneys for Plaintiff

By /s/ Diego A. Rondon Ichikawa
    Victoria L. Vreeland, WSBA #8046
    Benjamin P. Compton, WSBA #44567
    Diego A. Rondon Ichikawa, WSBA #46814
    500 108th Ave NE, Suite 740
    Bellevue, Washington 98004
    Telephone: (425) 623-1300
    Fax: (425) 623-1310
    Email: vicky@vreeland-law.com
    Email: ben@vreeland-law.com
    Email: diego@vreeland-law.com

IT IS SO ORDERED. Dated this 10 day of December, 2018.

                                             Judge James L. Robart

## CERTIFICATE OF SERVICE

I hereby certify that on the date below stated, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Diego Rondon Ichikawa
Benjamin P. Compton
Victoria L. Vreeland
VREELAND LAW PLLC
500 108th Avenue NE, Suite 740
Bellevue, WA 98004
ben@vreeland-law.com
vicky@vreeland-law.com

DATED this 8th day of December, 2017.

/s/ *Joseph P. Hoag*
Joseph P. Hoag