UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET ZEMAK,<br><br>      Plaintiff,<br> v.<br><br>BANK OF AMERICA<br>CORPORATION, et al.,<br><br>      Defendants. | CASE NO. C16-0581JLR<br><br>ORDER STRIKING DISCOVERY MOTION |

Before the court is Plaintiff Margaret Zemak's motion to compel Defendant Bank of America Corporation to produce Federal Rule of Civil Procedure 36(b)(6) deponents in the Western District of Washington and not in North Carolina or Nevada. (Mot. (Dkt. # 33).) Ms. Zemak filed that motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's April 24, 2017, scheduling order. (*See* Sched. Order (Dkt. # 20) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before

ORDER - 1

moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Ms. Zemak's motion to compel (Dkt. # 33) without prejudice to refiling the motion in a manner that comports with the court's scheduling order.

Dated this 29th day of December, 2017.

JAMES L. ROBART
United States District Judge