The Honorable James Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MARGARET ZEMAK,

    Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

    Defendant.

Case No. 2:16-cv-00581-JLR

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

## STIPULATION

Plaintiff Margaret Zemak and Defendant Bank of America, N.A. hereby stipulate to entry of the subjoined order of dismissal with prejudice of all Plaintiff's claims against Defendant and without costs or attorneys' fees to either party.

DATED this 2nd day of March, 2018.

| DAVIS WRIGHT TREMAINE LLP | VREELAND LAW PLLC |
| Attorneys for Defendant | Attorneys for Plaintiff |

By _____
Sheehan Sullivan Weiss, WSBA No. 33189
Joseph P. Hoag, WSBA No. 41971
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Email: sulls@dwt.com
    josephhoag@dwt.com

By _____
Victoria Vreeland, WSBA No. 8046
Benjamin Compton, WSBA No. 44567
Diego Rondon Ichikawa, WSBA No. 46814
500 108th Ave NE, Suite 740
Bellevue, WA 98004
Telephone: (425) 623-1300
Email: vicky@vreeland-law.com
Email: ben@vreeland-law.com
Email: diego@vreeland-law.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(No. 2:16-cv-01942-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main · 206 757 7700 fax

## ORDER

Based on the foregoing stipulation, it is hereby ordered that Plaintiff Margaret Zemak's Second Amended Complaint against Defendant Bank of America, N.A. is dismissed in its entirety, with prejudice and without costs or attorneys' fees to any party.

DATED this 3RD day of March, 2018.

_____
JAMES L. ROBART
United States District Judge

PRESENTED BY:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Bank of America, N.A.

By _____
Sheehan Sullivan Weiss, WSBA No. 33189
Joseph P. Hoag, WSBA No. 41971
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Email: sulls@dwt.com
       josephhoag@dwt.com

APPROVED AS TO FORM;
NOTICE OF PRESENTATION WAIVED:

VREELAND LAW PLLC
Attorneys for Plaintiff

By _____
Victoria Vreeland, WSBA No. 8046
Benjamin Compton, WSBA No. 44567
Diego Rondon Ichikawa, WSBA No. 46814
500 108th Ave NE, Suite 740
Bellevue, WA 98004
Telephone: (425) 623-1300
Email: vicky@vreeland-law.com
Email: ben@vreeland-law.com
Email: diego@vreeland-law.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(No. 2:16-cv-01942-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main   206 757 7700 fax